UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj2111 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| GUADALUPE PONCE - OJEDA | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted)/ Case Disposed / Order of Court).

FRANCISCO LEON-DIAZ

DATED: 7/22/8

<u>Leo S. Papas</u>
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by J. Jarabek
Deputy Clerk

RECEIVED _____
DUSM

**J. JARABEK**
☆ U.S. GPO: 2003-581-774/70062

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95