AO 455 (Rev. 5/85) Waiver of Indictment

---

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| GUADALUPE PONCE-OJEDA | CASE NUMBER: 08 CR 2459-JLS |

I, GUADALUPE PONCE-OJEDA, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 7/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUL 2 4 2008
DISTRICT COURT
RICT OF CALIFORNIA
DEPUTY

X _Guadalupe Ponce Ojeda_
Defendant

_/s/ Colonly_
Defense Counsel

Before _/s/ Ruben Brooks_
Judicial Officer